PEOPLE, Appellant, v. TROUPE, Respondent, et al. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Proceeding by the people of the state of New York against Isabella L. Troupe, impleaded with the unknown heirs at law of Matilda C. Johnston, deceased.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., and COCHRANE, J., dissent.

---

PEOPLE, Respondent, v. VERMILYA, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Proceeding by the people of the state of New York against Judson D. Vermilya. No opinion. Judgment and order unanimously affirmed, with costs.

---

PEOPLE ex rel. CONTINENTAL INS. CO., Respondent, v. O'DONNEL et al., Appellants. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Proceeding by the people of the state of New York, on the relation of the Continental Insurance Company, against Frank A. O'Donnel and others. J. J. Delany, for appellants. D. Rumsey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. FIELDING v. GREENE, Police Com'r. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Proceeding by the people of the state of New York, on the relation of William H. Fielding, against Francis V. Greene, as police commissioner. No opinion. Determination confirmed, with costs.

---

PEOPLE ex rel. GARDNER, Respondent, v. SUPREME COURT I. O. F., Appellant. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Proceeding by the people of the state of New York, on the relation of Louis Gardner, against the Supreme Court of the Independent Order of Foresters.

PER CURIAM. Judgment unanimously affirmed, with costs.

KELLOGG, J., not sitting.

---

PEOPLE ex rel. GOTTSBERGER, Appellant, v. LITTLETON, Respondent. (Supreme Court, Appellate Division, Second Department. April 27, 1906.) Proceeding by the people of the state of New York, on the relation of Francis Gottsberger, against Martin W. Littleton, as president of the borough of Brooklyn. No opinion. Motion denied.

---

PEOPLE ex rel. JAY, Appellant, v. O'DONNELL et al., Respondents. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Proceeding by the people of the state of New York, on the relation of William Jay, as executor, against Frank A. O'Donnell and others. F. B. Candler, for appellant. C. A. Peters, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. JOHN TURLS SONS, Appellants, v. DONNELL et al., Respondents. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Proceeding by the people of the state of New York, on the relation of John Turls Sons, against Frank A. Donnell and others. W. W. Niles, for appellants. W. H. King, for respondents. No opinion. Order affirmed, with costs and disbursements. Order filed.

(112 App. Div. 912)

PEOPLE ex rel. LA CHICOTTE, Appellant, v. BEST, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. April 6, 1906.) Proceeding by the people of the state of New York, on the relation of Henry A. La Chicotte, against George E. Best, as commissioner, etc. F. G. Caffey, for appellant. W. B. Crowell, for respondent. Order affirmed, with $50 costs and disbursements, on the authority of Hatch v. Lantry, 88 App. Div. 583, 85 N. Y. Supp. 193. Order filed.

---

PEOPLE ex rel. NORTHERN ASSUR. Co., Respondent, v. O'DONNEL et al., Appellants. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Proceeding by the people of the state of New York, on the relation of the Northern Assurance Company, against Frank A. O'Donnel and others. J. J. Delany, for appellants. D. Rumsey, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

PEOPLE ex rel. PRUSSIAN LIFE INS. CO. OF BERLIN, Respondent, v. HENDRICKS, Superintendent of Insurance, Appellant. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Proceeding by the people of the state of New York, on the relation of the Prussian Life Insurance Company of Berlin, against Francis Hendricks, as superintendent of insurance of the state of New York. No opinion. Order affirmed, with costs.

(112 App. Div. 906)

PEOPLE ex rel. ROCHESTER RY. & LIGHT CO. v. STEARNS et al. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Proceeding by the people of the state of New York, on the relation of the Rochester Railway & Light Company, against Lester F. Stearns and others, as tax commissioners, etc., and the city of Rochester.

PER CURIAM. Order reversed, with $10 costs and disbursements, on the authority of People ex rel. Rochester Telephone Co. v. Priest, 181 N. Y. 300, 73 N. E. 1100; and motion remitted to the Special Term for the exercise of its discretion.

PARKER, P. J., and SMITH, J., dissent.

---

PEOPLE ex rel. TROY STEEL CO. et al., Respondents, v. MUNN et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 7, 1906.) Proceeding by the people of the state of New York, on the relation of the Troy Steel Company and William F. Donovan, against William H. Munn and others, general assessors of the city of Troy, and Le Roy Rickerson, comptroller of the city of Troy.